# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-19-00667-CR

---

**Emilio Balderas, Jr., Appellant**

**v.**

**The State of Texas, Appellee**

---

**FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
NO. CR2017-084, THE HONORABLE DIB WALDRIP, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

Appellant Emilio Balderas, Jr. seeks to appeal a judgment of conviction for aggravated assault with a deadly weapon. *See* Tex. Penal Code § 22.02(a)(2). The trial court has certified that this is a plea-bargain case and that Balderas has no right of appeal. Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d).

---

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Triana and Smith

Dismissed for Want of Jurisdiction

Filed: October 2, 2019

Do Not Publish